UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANN NALUWU,
    Plaintiff,

v.

TOM RIDGE, Secretary of the United States Department of Homeland Security,
    Defendant.

C.A. No. 04-11882-RWZ

## WITHDRAWAL OF COMPLAINT FOR DECLARATORY RELIEF IN THE NATURE OF MANDAMUS

NOW COMES the Plaintiff in the above-referenced matter and, by and through her attorney, hereby withdraws the Complaint for Declaratory Relief in the Nature of Mandamus filed with this Court on August 30, 2004.

Respectfully submitted,

**ANN NALUWU**

By her attorney,

_____
Jeffrey W. Goldman, BBO #548056
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
Phone: (617) 310-8217

Dated: September 29, 2004

## CERTIFICATE OF SERVICE

I, Jeffrey W. Goldman, attorney for the Plaintiff, hereby certify that on this 29th day of September 2004, I caused a copy of the foregoing *Withdrawal of Complaint for Declaratory Relief in the Nature of Mandamus* to be served on the **Office of the General Counsel, United States Department of Homeland Security, Washington, DC 20258**, via first-class mail, postage pre-paid.

_____
Jeffrey W. Goldman

DEMAYRLC\7570\19.3124701_1